1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT E. CARUSO and SANDRA L. FERGUSON,<br><br>                              Plaintiffs,<br><br>   v.<br><br>WASHINGTON STATE BAR ASSOCIATION 1933, a legislatively created Washington association, State Bar Act (WSBA 1933); WASHINGTON STATE BAR ASSOCIATION after September 30, 2016 (WSBBA 2017): PAULA LITTLEWOOD, Executive Director, WSBA 1933 and WSBA 2017, in her official capacity; ROBIN LYNN HAYNES is the President of the WSBA 1933 and WSBA 2017, in her official capacity; DOUGLAS J. ENDE, Director of the WSBA 1933 and WSBA 2017 Office of Disciplinary Counsel, in his official capacity; WSBA 1933/WSBA 2017 BOARD OF GOVERNORS, namely:  BRADFORD E. FURLONG-President-elect (2016-2017), *et al*.,<br><br>                              Defendants. | No. C17-003 RSM<br><br>JOINT STIPULATED MOTION FOR BRIEFING SCHEDULE AND ORDER |

JOINT STIPULATED MOTION FOR BRIEFING
SCHEDULE - 1

Case No. 2:17-cv-00003
10087 00006 gb283w31k2.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Plaintiffs and Defendants intend to file dispositive motions in this case. By and through their counsel of record, the parties hereby stipulate and jointly request that the Court set the following schedule for briefing dispositive motions in this case:

| | |
|---|---|
| March 3, 2017 | Plaintiffs' dispositive motion and any related motions due |
| March 21, 2017 | Defendants' dispositive motion and opposition to Plaintiffs' motion(s) due |
| April 6, 2017 | Plaintiffs' opposition to Defendants' motion and reply in support of Plaintiffs' motion(s) due |
| April 18, 2017 | Defendants' reply in support of Defendants' motion due |

In light of the above, Plaintiffs have agreed that Defendants will not file an answer to the complaint, if at all, until after the Court has ruled on the dispositive motions.

SO STIPULATED this 28th day of March, 2017.

PACIFICA LAW GROUP, LLP

By /s/ Paul J. Lawrence
Paul J. Lawrence, WSBA #13557
Jessica A. Skelton, WSBA #36748
Taki V. Flevaris, WSBA #42555

Attorneys for Defendants

By s/ Stephen Kerr Eugster
Stephen Kerr Eugster, WSBA #2003
Eugster Law Office PSC

Attorney for Plaintiffs

JOINT STIPULATED MOTION FOR BRIEFING
SCHEDULE - 2

Case No. 2:17-cv-00003
10087 00006 gb283w31k2.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

It is hereby ORDERED that:

The following briefing schedule shall apply for adjudication of the parties' dispositive motions in this case:

| | |
|---|---|
| March 3, 2017 | Plaintiffs' dispositive motion and any related motions due |
| March 21, 2017 | Defendants' dispositive motion and opposition to Plaintiffs' motion(s) due |
| April 6, 2017 | Plaintiffs' opposition to Defendants' motion and reply in support of Plaintiffs' motion(s) due |
| April 18, 2017 | Defendants' reply in support of Defendants' motion due |
| April 21, 2017 | The parties dispositive motion shall be noted for the Court's consideration |

Dated this 2nd day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION FOR BRIEFING SCHEDULE - 3
Case No. 2:17-cv-00003
10087 00006 gb283w31k2.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750