UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT E. CARUSO and SANDRA L. FERGUSON,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE BAR ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. C17-00003RSM<br><br>ORDER GRANTING MOTION TO PROCEED PRO SE |

This matter comes before the Court on Plaintiff Sandra L. Ferguson's Motion to Appear Pro Se. Dkt. #43. Ms. Ferguson's Motion indicates that attorney Stephen K. Eugster "is no longer Ferguson's attorney and he has recently been suspended from the practice of law." Dkt. #43 at 1. Although this case is closed, Ms. Ferguson "seeks leave to appear pro se so that she may re-file a revised Plaintiffs' Motion to Amend or Alter the Judgement and to Amend Pleadings under Rule 59(e)…" *Id*. at 1-2. There has been no Response filed.

This motion is authorized by Local Rule 83.2(b)(4). Under that rule, "[w]hen a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf…" LCR 83.2(b)(4). As an initial matter, the Court finds that Ms.

ORDER GRANTING MOTION TO PROCEED PRO SE - 1

Ferguson has met the notice requirements of the Local Rule through the Court's CM/ECF system. *See id.* The Court is further satisfied that Ms. Ferguson's requested relief is warranted at this time and, seeing no opposition, will terminate her attorney as counsel of record and substitute Plaintiff in to proceed *pro se*.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Sandra Ferguson's Motion to Proceed Pro Se (Dkt. #43) is GRANTED. Plaintiff's attorney Stephen K. Eugster is terminated as counsel of record for Ms. Ferguson only and Ms. Ferguson is substituted in *pro se*. All future filings in this matter must be sent to Ms. Ferguson's service address:

> The Ferguson Firm, PLLC
> 600 First Avenue
> Seattle, WA 98104

DATED this 30th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE